**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R.1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1545-15T2

STATE OF NEW JERSEY,

    Plaintiff-Respondent,

v.

GEORGE RILEY,

    Defendant-Appellant.

_____

        Submitted April 6, 2017 — Decided  May 9, 2017

        Before Judges Hoffman and Whipple.

        On appeal from Superior Court of New Jersey,
        Law Division, Monmouth County, Indictment No.
        86-03-0365.

        George Riley, appellant pro se.

        Christopher J. Gramiccioni, Monmouth County
        Prosecutor, attorney for respondent (Mary R.
        Juliano, Assistant Prosecutor, of counsel and
        on the brief; Randolph Mershon, III, Assistant
        Prosecutor, on the brief).

PER CURIAM

    We were advised prior to argument the appellant passed away

on April 20, 2016.  Accordingly, the appeal is dismissed with

prejudice and without costs.

I hereby certify that the foregoing
is a true copy of the original on
file in my office.

CLERK OF THE APPELLATE DIVISION